**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7835**

ROBERT HOLLAND KOON, a/k/a Robert Koon, a/k/a Robert H. Koon,

Plaintiff - Appellant,

v.

JEAN HOEFER TOAL, Chief Justice Officer of South Carolina, in her official capacity; ALAN WILSON, Chief Legal Counsel of South Carolina, in his official capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence.  David C. Norton, District Judge. (4:15-cv-03357-DCN)

Submitted:  February 25, 2016       Decided:  March 2, 2016

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Robert Holland Koon, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Holland Koon appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny Koon's motion for appointment of counsel and dismiss the appeal for the reasons stated by the district court. Koon v. Toal, No. 4:15-cv-03357-DCN (D.S.C. Oct. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED